UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SALLY ANN DRUCKER,

                Plaintiffs,                            **PLAINTIFF'S DEMAND**
                                                            **FOR JURY TRIAL**

                -against-                              Docket No.: O7 CV 6432

JOHN D. CORRIERE AND PAUL D. CORRIERI.,

                Defendants.
------------------------------------------------------------------X

PLEASE TAKE NOTICE, that plaintiff demands a trial by jury on all issues in this action.

PLEASE TAKE FURTHER NOTICE that plaintiff(s) object to the grounds for removal stated in the notice of removal, and plaintiff does not waive any right of remand herein.

Dated: New York, New York
       July 23, 2007

                                                        Yours, etc.,

                                                        DAVID RESNICK DR 1233
                                                        DAVID RESNICK & ASSOCIATES, P.C.
                                                         Attorneys for Plaintiff
                                                         SALLY ANN DRUCKER
                                                         450 Seventh Avenue, Suite 409
                                                         New York, New York 10123
                                                         (212) 279-2000

KRAL, CLERKIN, REDMOND,
RYAN, PERRY, & GIRVAN, LLP
Attorneys for Defendant
JOHN D. CORRIERI AND PAUL D. CORRIERI
170 Broadway, 5th Floor
New York, New York 10038
(212) 406-9710

## AFFIRMATION OF SERVICE VIA BY MAIL

STATE OF NEW YORK)
                        ss.:
COUNTY OF NEW YORK )

   David Resnick, an attorney admitted to practice in the Courts of the State of New York, affirms the following under penalties of perjury:

   That I am a member of DAVID RESNICK & ASSOCIATES, P.C., attorneys for the plaintiff herein. That on July 23, 2007 I served on KRAL, CLERKIN, REDMOND, RYAN, PERRY, & GIRVAN, LLP, the following documents relating to the Drucker v. Corrieri et al. United States District Court, Southern District of New York action:

1. Plaintiff's Jury Demand;
2. Copy of this Proof of Service.

by placing a true copy thereof in a postpaid wrapper in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

KRAL, CLERKIN, REDMOND,
RYAN, PERRY, & GIRVAN, LLP
Attorneys for Defendant
JOHN D. CORRIERI AND PAUL D. CORRIERI
170 Broadway, 5th Floor
New York, New York 10038
(212) 406-9710


Dated: New York, New York
       July 23, 2007

_____
David Resnick

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X Docket No.: O7 CV 6432
SALLY ANN DRUCKER,

        Plaintiffs,

    -against-

JOHN D. CORRIERE AND PAUL D. CORRIERI.,

        Defendants.
-------------------------------------------------------------------X
PLAINTIFF'S DEMAND FOR JURY TRIAL


-------------------------------------------------------------------X
DAVID RESNICK & ASSOCIATES, P.C.
450 Seventh Avenue, Suite 409
New York, New York 10123
(212) 279-2000