UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================X   Docket No.: 07-CV-6432 (RJH)
SALLY ANN DRUCKER,
                Plaintiff,        **RESPONSE TO**
                                       **PLAINTIFF'S**
   -against-                      **NOTICE FOR**
                                       **DISCOVERY &**
JOHN D. CORRIERI AND PAUL D. CORRIERI,   **INSPECTION &**
                                       **COMBINED DEMANDS**
                Defendants.
================================X

       Defendants JOHN D. CORRIERI AND PAUL D. CORRIERI, by their attorneys KRAL, CLERKIN, REDMOND, RYAN, PERRY & GIRVAN, LLP as and for a Response to Plaintiff's Notice for Discovery and Inspection and Combined Demands states the following upon information and belief:

       1.   The within defendants are unaware of any eyewitnesses to the accident alleged in plaintiff's Complaint, other than those listed in the Police Accident Report, which is a public document.

       2.   The within defendants are not in possession of any adverse party statements.

       3.   At the time of the occurrence, the within defendants were afforded a policy of insurance with Scottsdale Insurance Company in the amount of $1M per occurrence.

       4.   The within defendants are not in possession of any photographs of the accident scene, plaintiff or the vehicles involved in the accident that were taken

contemporaneously with the accident alleged in plaintiff's Complaint.

5. The within defendants are not in possession of any accident reports regarding the accident alleged in plaintiff's Complaint. The within defendants object to plaintiff's demand for a copy of each and every record of inspection, maintenance, request for repair or repair of the area of the condition complained of in the Complaint during the two year period prior to and including the date of the occurrence is vague, overbroad and unduly burdensome.

6. The within defendants object to plaintiff's demand for a copy of each and every record of inspection, maintenance and repair of the motor vehicle involved in the occurrence for a period of one year prior to the date of the occurrence as vague, overbroad and unduly burdensome.

7. Plaintiff's demand for a copy of each and every contract between any of the parties to this action is inapplicable to this action.

8. Defendants JOHN D. CORRIERI and PAUL D. CORRIERI have not yet retained any expert witness who is expected to testify at trial. However, these defendants reasonably anticipate that it will retain at least one expert in the field of medicine who will testify with respect to his or her review of all medical records and reports and with respect to his or her

physical examination of plaintiff. The examination report of any such physician will be exchanged.

**PLEASE TAKE NOTICE**, that defendants herein specifically reserve their right to amend and/or supplement the above responses upon the completion of additional discovery and/or investigation.

Dated:   New York, New York
         September 24, 2007

                                        Yours etc.,

                                        KRAL, CLERKIN, REDMOND,
                                        RYAN, PERRY & GIRVAN, LLP
                                        Attorneys for Defendant
                                        JOHN D. CORRIERI AND PAUL D.
                                        CORRIERI
                                        170 Broadway, 5th Floor
                                        New York, New York 10038
                                        (212) 406-9710
                                        Our File Number: 901774

                                        By: _____
                                        JUSTINE L. GRISANTI (#0793)

TO:  DAVID RESNICK & ASSOCIATES
     Attorneys for Plaintiff
     450 Seventh Avenue, Suite 409
     New York, New York 10123
     (212) 279-2000

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : ss.
COUNTY OF NEW YORK     )

**MICHELE SUTTON**, being duly sworn deposes and says:

Deponent is not a party to the action, is over Eighteen (18) years of age and resides in Staten Island, New York.

On September 24 2007, deponent served the within **RESPONSE TO PLAINTIFF'S NOTICE FOR DISCOVERY & INSPECTION & COMBINED DEMANDS** upon the attorney(s) listed below at the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a post-paid addressed wrapper with self-addressed stamped envelopes in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

DAVID RESNICK & ASSOCIATES
Attorneys for Plaintiff
450 Seventh Avenue, Suite 409
New York, New York 10123
(212) 279-2000

_____
MICHELE SUTTON

Sworn to before me on this
24 day of September, 2007

_____
NOTARY PUBLIC

MARCIA M. GOLDSON
Notary Public, State of New York
No. 01GO6029683
Qualified in Richmond County
Commission Expires August 23, 2009

ALL-STATE LEGAL®
07181-BF • 07182-BL • 07183-GY • 07184-WH
800.222.0510  www.aslegal.com

Index No. 13256/07     Year 20

## SUPREME COURT OF THE STATE OF NEW YORK: COUNTY OF BRONX

SALLY ANN DRUCKER,

          Plaintiffs,

-against-

JOHN D. CORRIERI AND PAUL D. CORRIERI,

          Defendants.

### RESPONSE TO PLAINTIFF'S NOTICE FOR DISCOVERY & INSPECTION & COMBINED DEMANDS

**KRAL, CLERKIN, REDMOND, RYAN PERRY & GIRVAN, LLP**

Attorneys for Defendants.

170 BROADWAY
NEW YORK, NEW YORK 10038
(212) 406-9710

§2103 (b) (5) Notice: Service of Papers by Electronic Means is Not Accepted

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: ............................................  Signature ..........................................................................................

September 24, 2007     Print Signer's Name ..........................................................................

                                                                   JUSTINE L. GRISANTI

Service of a copy of the within _____ is hereby admitted.

Dated:

                                                                .......................................................................

                                                                Attorney(s) for

**PLEASE TAKE NOTICE**

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on         20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon. _____ one of the judges of the within named Court,
at
on                20    , at          M.

Dated:

                                                             **KRAL, CLERKIN, REDMOND, RYAN PERRY & GIRVAN, LLP**

                                                                 Attorneys for