UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07
```

-------------------------------------------------------------x

SALLY ANN DRUCKER,                        :    07 Civ. 06432 (RJH)
                                          :
                    Plaintiff,            :
                                          :
         -against-                        :    **ORDER**
                                          :
JOHN D. CORRIERI, et al,                  :
                                          :
                                          :
                    Defendant.            :
                                          :
-------------------------------------------------------------x

The pretrial conference scheduled for October 12, 2007 is rescheduled to

October 26, 2007, at 11:00 a.m., in the courtroom of the Honorable Richard J. Holwell,

Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
       October 04, 2007
SO ORDERED:

Richard J. Holwell
United States District Judge