UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SALLY ANN DRUCKER,

        Plaintiffs,

-against-

JOHN D. CORRIERE AND PAUL D. CORRIERI,

        Defendants.
-------------------------------------------------------------X

**STIPULATION**

Docket No.: 07CV 6432

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/07
```

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

attorneys for the parties hereto, that the above captioned case be immediately transferred to the

Supreme Court of the State of New York, County of Bronx under Index No.: 13256/07

previously purchased on May 31, 2007.

    IT IS FURTHER STIPULATED AND AGREED, that the Clerk of this Court shall

transfer the entire Court file to the Clerk of the Supreme Court of the State of New York, County

of Bronx, located at 851 Grand Concourse, Bronx, New York, 10451.

Dated: NEW YORK, NEW YORK
      November 26, 2007


_____
David Resnick, Esq. (DR 1233)
DAVID RESNICK & ASSOC., P.C.
Attorneys for Plaintiff(s)
SALLY ANN DRUCKER
450 Seventh Avenue, Suite 409
New York, New York 10123
(212) 279-2000

_____
Justine Grisanti-Van Etten, Esq. (#    )
KRAL, CLERKIN, REDMOND, RYAN,
PERRY & GIRVAN
Attorneys for Defendants
JOHN D. CORRIERE and PAUL D.
CORRIERI
170 Broadway, 5th Floor
New York, NY 10038
(212) 406-9710

This case is remanded to
N.Y.S. Supreme Court, Bronx Cty

SO ORDERED   USDJ   12/18/07